UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TIDAESHA V. TAYLOR, ) ) Movant, ) v. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) | Case No. CV615-026 |

### ORDER

Four months after the government filed its response to her 28 U.S.C. § 2255 motion, Tidaesha Taylor, unaware of the Court's reply brief policy,[1] moves for leave to file a reply. Doc. 6. Given that policy, her motion is **GRANTED**. Taylor has 21 days from the date this Order is served to place her reply in her prison's mail system.

SO ORDERED, this 31st day of August, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] See *Waddy v. Globus Med., Inc.*, 2008 WL 3861994 (S.D. Ga. Aug 18, 2008) (the "parties may file as many reply briefs as they like under Local Rule 7.5.") (citing *Podger v. Gulfstream Aerospace Corp.*, 212 F.R.D. 609, 609 (S.D. Ga. 2003)); see also L.R. 7.6 (authorizing reply briefs but imposing notice requirements and time limits).