IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| TIDAESHA TAYLOR, | * | |
| Petitioner, | * | |
| v. | * | 6:15-cv-26 |
| | * | 6:13-cr-4-4 |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

## ORDER

Presently pending before the Court is the Eleventh Circuit's order remanding the present case so that this Court may determine if a certificate of appealability is appropriate. (Doc. 27.) Upon due consideration, Petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Accordingly, the Court declines to enter a certificate of appealability for Petitioner to appeal the denial of her Rule 59(e) motion for reconsideration of the denial of her § 2255 motion.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of May, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA