IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
UNITED STATES OF AMERICA      *
                              *
v.                            *     CR 613-004-04
                              *
TIDAESHA V. TAYLOR            *
```

**O R D E R**

Presently before the Court is Defendant Tidaesha V. Taylor's motion for early termination of supervised release. Taylor was sentenced to serve 75 months in prison followed by three years of supervised release upon her conviction for wire fraud conspiracy and aggravated identity theft. Taylor was also ordered to pay a special assessment of $200 and restitution in the amount of $208,231.00.

Taylor began her term of supervised release with the United States Probation Office in the Northern District of Georgia on February 22, 2019. Thus, she has served two-thirds of her supervised release term. Taylor has had no issues of non-compliance. She has maintained a stable residence and steady employment except as affected by the COVID-19 pandemic; she has not tested positive on any drug screen; and she is current on her monthly payment obligations (though she still owes $195,900.22). The United States Attorney's Office has not objected to early

termination, and Taylor's supervising probation officer does not oppose her motion.

Upon the foregoing, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Taylor's motion (doc. 200) is **GRANTED**. Tidaeha V. Taylor is hereby discharged from her term of supervised release. Taylor remains obligated to pay monthly payments toward restitution. The Clerk is directed to send a copy of this Order to Mr. Wesley B. Fitch, United States Probation Officer, 4500 Hugh Howell Road, Suite 405, Tucker, GA 30084.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of March, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA